MYRNA LABOW *v.* RONALD LABOW

The defendant's petition for certification for appeal from the Appellate Court, 13 Conn. App. 330, is denied.

*Leonard Bieringer,* in support of the petition.

*Myrna LaBow,* pro se, in opposition.

Decided March 10, 1988

KALMAN I. NULMAN'S APPEAL FROM PROBATE

KALMAN I. NULMAN *v.* JOSEPH WEILL

The petition by the plaintiff and the defendants The Daphne Seybolt Culpeper Foundation, Inc., et al. for certification for appeal from the Appellate Court, 13 Conn. App. 811, is denied.

*William A. Phillips* and *James F. Stapleton,* in support of the petition.

*John R. Whelan,* assistant attorney general, and *Paul J. Pacifico,* in opposition.

Decided March 10, 1988

ELIZABETH O'NEILL *v.* EDWARD O'NEILL

The defendant's petition for certification for appeal from the Appellate Court, 13 Conn. App. 300, is denied.

*Reuben S. Midler,* in support of the petition.

*Ronald D. Japha,* in opposition.

Decided March 10, 1988